### UNITED STATES of America, Plaintiff—Appellee,

v.

### Brian Rhashun WILSON, aka Brian Wilson, Defendant—Appellant.

#### No. 03–50600.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 13, 2006.

William Crowfoot, AUSA, Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Edward M. Robinson, Esq., Law Offices of Edward M. Robinson, Torrance, CA, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

### MEMORANDUM **

---

Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Brian Rhashun Wilson appeals from the 154–month sentence imposed following his guilty plea conviction for conspiracy, armed bank robbery, and use or carrying of a firearm during a crime of violence, all in violation of 18 U.S.C. §§ 371, 2113(a), (d), and 924(c). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because appellant was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 916 (9th Cir.2005).

**REMANDED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.